**BAKER & HOSTETLER LLP**
Daniel F. Lula, Esq. (SBN 227295)
   Email: dlula@bakerlaw.com
Shaia Araghi, Esq. (SBN 329240)
   Email: saraghi@bakerlaw.com
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Tel:  (714) 754-6600
Fax:  (714) 754-6611

Attorneys for Defendant
PERATON INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDONNA GILLESPIE, an individual. <br><br>Plaintiff,<br><br>v.<br><br>CENTERRA SERVICES INTERNATIONAL, INC., a Delaware corporation; CONSTELLIS INTEGRATED RISK MANAGEMENT SERVICES, INC., a Delaware corporation; PERATON, INC., a Maryland corporation; VEANTEA BURNSIDE, an individual; and DOES 1-99, inclusive,<br><br>Defendants. | Lead Case No. 5:21-cv-02028-JGB (SHKx)<br>Consolidated with: 5:21-cv-02037-JGB (SHKx)<br><br>**DEFENDANT PERATON INC.'S STATUS REPORT REGARDING INTERLOCUTORY APPEAL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to this Court's order dated October 26, 2022 (Dkt. #55), Defendant Peraton Inc. states that the Ninth Circuit is still considering, but has not ruled upon, its Petition for Permission to Appeal Pursuant to 28 USC § 1292(b), which was filed on November 4, 2022.

DATED: December 29, 2022          **BAKER & HOSTETLER LLP**

By:/s/*Daniel F. Lula*
     Daniel F. Lula
     Shaia Araghi

Attorneys for Defendant PERATON INC.

- 1 -
DEFENDANT PERATON INC.'S STATUS REPORT REGARDING INTERLOCUTORY APPEAL